```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

         APR 04 2012

     AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        BY DEPUTY
```



11-CV-01302-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| JOYCE ANITA BARNES, a single woman, and VELMA CANADAY, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY, an insurance company,<br><br>Defendant. | No. 2:11 –cv-01302-RSL<br><br>**STIPULATION AND ORDER TO SEAL HEALTH INFORMATION**<br><br>(Clerk's Action Required) |

## I. STIPULATION

Plaintiffs, Joyce Barnes and Velma Canaday (Plaintiffs), and the Defendant, Foremost Insurance Company (Foremost), in this matter agree and stipulate that the un-redacted excerpts of Ms. Barnes' February 2, 2012, deposition transcript, filed with the Court on April 3, 2012, with Foremost's summary judgment motion regarding the Plaintiffs' extra-contractual claims and attached hereto as Exhibit A, should be filed under seal. The parties have stipulated as such due to Ms. Barnes' testimony regarding health information, some of which may be considered sensitive in nature. The parties have further stipulated that a redacted copy of the

1  excerpts of Ms. Barnes' February 2, 2012, deposition transcript will be filed with the Court

2  unsealed.

3      DATED this 3rd day of April, 2012.

4  LAW OFFICES OF MICHAEL T. WATKINS

5  /s/George W. McLean
Michael T. Watkins, WSBA #13677
6  George W. McLean, WSBA #14070
Attorneys for Plaintiffs

7  
COLE, WATHEN, LEID & HALL, P.C.

8  

9  /s/Midori R. Sagara
Rory W. Leid, III, WSBA # 25075
10  Midori R. Sagara, WSBA # 39626
Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

## II. ORDER

Pursuant to the foregoing Stipulation, the un-redacted excerpts of Ms. Barnes' February 2, 2012, deposition transcript, filed with the Court on April 3, 2012, with Foremost's summary judgment motion regarding the Plaintiffs' extra-contractual claims, shall remain filed under seal. The redacted copy of the excerpts of Ms. Barnes' February 2, 2012, deposition transcript shall remain filed unsealed.

DATED this 4th day of April, 2012.

_____
Judge Robert S. Lasnik

Presented by:

COLE, WATHEN, LEID & HALL, P.C.

/s/Midori R. Sagara
_____
Rory W. Leid, III, WSBA # 25075
Midori R. Sagara, WSBA # 39626
Attorneys for Defendant