UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| JOYCE ANITA BARNES, a single woman, and VELMA CANADAY, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY, an insurance company,<br><br>Defendant. | No. 2:11 –cv-01302-RSL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>(Clerk's Action Required) |

## I. STIPULATION

Plaintiffs Joyce Anita Barnes and Velma Canaday and the Defendant Foremost Insurance Company stipulate and agree that the above-captioned matter has been fully compromised and settled between them and may be dismissed with prejudice and without attorney fees and costs.

DATED this 25th day of June, 2012.

LAW OFFICES OF MICHAEL T. WATKINS

/s/Michael T. Watkins and /s/George W. McLean

Michael T. Watkins, WSBA #13677
George W. McLean, WSBA #14070
Attorneys for Plaintiffs

COLE, WATHEN, LEID & HALL, P.C.


/s/Rory W. Leid, III and /s/Midori R. Sagara
Rory W. Leid, III, WSBA # 25075
Midori R. Sagara, WSBA # 39626
Attorneys for Defendant

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE -2**
C:\Users\LKREGE~1\AppData\Local\Temp\notes3B1E32\Stip.Order.Dismiss.doc

## II. ORDER

IN CONFORMITY with the foregoing Stipulation, the action between the Plaintiffs Joyce Anita Barnes and Velma Canaday and the Defendant Foremost Insurance Company is dismissed with prejudice and without attorney fees and costs.

DATED this 28th day of June, 2012.

_____
Judge Robert S. Lasnik

Presented by:

COLE, WATHEN, LEID & HALL, P.C.


/s/Rory W. Leid, III and /s/Midori R. Sagara
Rory W. Leid, III, WSBA # 25075
Midori R. Sagara, WSBA # 39626
Attorneys for Defendant